UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PENZINER WILLIAMS,

                Plaintiff,

-against-

NURSE MANAGER CHRISTINA ASAKAIYE AND
BRONX LEBANON HOSPITAL,

                Defendant.
------------------------------------- X

**Docket No.**
07 CV 03662 (SHS) (AJP)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the defendants, CHRISTIANA AJAKAIYE, s/h/a NURSE MANAGER CHRISTINA ASAKAIYE, AND BRONX LEBANON HOSPITAL CENTER, s/h/a BRONX LEBANON HOSPITAL, hereby appear in the above entitled action and that the undersigned has been retained as attorneys for said defendants. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

    **RICKI E. ROER** [RER-9393]
    **NANCY V. WRIGHT** [NVW-7834]
    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
    150 East 42nd Street
    New York City, NY 10017
    Telephone: (212) 490-3000
    Facsimile: (212) 490-3038

Dated:   New York, New York
           August 21, 2007

                                          Respectfully submitted,

                          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
                          By: _____
                              NANCY V. WRIGHT [NVW-7834]

2911675.1