UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PENZINER WILLIAMS,

                    Plaintiff,

-against-

NURSE MANAGER CHRISTINA ASAKAIYE AND
BRONX LEBANON HOSPITAL,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.
07 CV 03662 (SHS) (AJP)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants **CHRISTIANA AJAKAIYE**, s/h/a **NURSE MANAGER CHRISTINA ASAKAIYE, AND BRONX LEBANON HOSPITAL CENTER**, s/h/a **BRONX LEBANON HOSPITAL** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**Dated:**    New York, New York
             August 21, 2007

                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

                  By: _____
                      RICKI E. ROER [RER-9393]
                      NANCY V. WRIGHT [NVW-7834]
                      Attorneys for Defendants
                      **CHRISTINA ASAKAIYE & BRONX**
                      **LEBANON HOSPITAL**
                      150 East 42nd Street
                      New York, NY 10017-5639
                      (212) 490-3000
                      File No. 08981.00044

## CERTIFICATE OF SERVICE

I, Nancy V. Wright, hereby certify that on August 21, 2007, I served a true and correct copy of the foregoing Rule 7.1 Statement by regular mail and by ECF on plaintiff's counsel located at:

> Law Offices of Kenneth W. Richardson
> Attention: Kenneth W. Richardson, Esq.
> 305 Broadway
> Suite 1100
> New York, NY 10007

This being the address designated for this purpose in the matter of *PENZINER WILLIAMS v. NURSE MANAGER* CHRISTIANA AJAKAIYE, s/h/a CHRISTINA ASAKAIYE, AND BRONX LEBANON HOSPITAL CENTER, s/h/a BRONX LEBANON HOSPITAL, *Docket No.: 07 CV 03662 (SHS) (AJP)*.

Dated:   August 21, 2007
         New York, New York

_____
Nancy V. Wright [NVW-7834]

- 2 -

2911654.1