UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Penziner Williams                             Index        07 CV 03662

               Plaintiff,                    NOTICE OF APPEARANCE


--against--

Nurse Manager Christina Asakaiye
Bronx Lebanon Hospitals


               Defendant

_____X


    I, Kenneth W. Richardson, herein appears in this action as and request that defendant or defendant's counsel provide the undersigned with all papers, documents and other material that have heretofore been served upon plaintiff in this action.

                                  Law Offices of Kenneth W. Richardson

                                  By: _____
                                      Kenneth W. Richardson(8701)
                                      305 Broadway, Suite 1100
                                      New York, NY 10007


Dated: July 28, 2007

To:

Personnel Director
Bronx Lebanon Hospital
1276 Fulton Avenue
Bronx, NY 10456