USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PENZINER WILLIAMS,                          :

           Plaintiff,                    :          07 Civ. 3662 (SHS) (AJP)

        -against-                          :          ORDER SCHEDULING
                                              INITIAL PRETRIAL CONFERENCE

NURSE MANAGER CHRISTINA ASAKAIYE          :
& BRONX LEBANON HOSPITAL,
                                   :

        Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a conference is scheduled for Friday, September 7,

2007 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court.  The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

        SO ORDERED.

Dated:      New York, New York
           September 5, 2007

                                _____
                                **Andrew J. Peck**
                                United States Magistrate Judge

Copies **by fax & ECF** to:    Kenneth W. Richardson, Esq.
                          Ricki E. Roer, Esq.
                          Nancy V. Wright, Esq.
                          Judge Sidney H. Stein