UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

PENZINER WILLIAMS,                   :

          Plaintiff,              :     07 Civ. 3662 (SHS) (AJP)

     -against-                      :     **ORDER OF DISMISSAL**

NURSE MANAGER CHRISTINA ASAKAIYE     :
& BRONX LEBANON HOSPITAL,
                                     :
          Defendants.
                                     :
------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on plaintiff's agreement at today's conference (see transcript), this case is dismissed without costs – with prejudice as to plaintiff's ADA claim, without prejudice as to any state law claims she might have that were not asserted in the complaint. Any pending motions are to be terminated as moot.

        SO ORDERED.

Dated:     New York, New York
            September 27, 2007

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies to:  Kenneth W. Richardson, Esq. (Fax)
              Penziner Williams (Regular & Certified Mail)
              Nancy V. Wright, Esq. (Fax)
              Judge Sidney H. Stein

C:\OPIN\